IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEMUEL STRAUGHTER,

      Petitioner,

    -vs-

MIKE ATCHISON,

      Respondent.                    No. 11-cv-55-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 11, 2013, the habeas petition pursuant to 28 U.S.C. §2254 is **DENIED** and this cause of action is **DISMISSED with prejudice**.

                          NANCY J. ROSENSTENGEL,
                          CLERK OF COURT

                          BY:   s/*Sara Jennings*
                                  Deputy Clerk

**Dated:** September 11, 2013

David R. Herndon
2013.09.11
15:53:45 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT